IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Samuel Lamont Whitner, #263066, | ) | C/A NO. 6:15-1779-CMC-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| The Division of Appellate Defense; Office | ) | |
| of the Attorney General of South Carolina, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* complaint filed in this court. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this matter was referred to United States Magistrate Judge Jacqueline D. Austin for pre-trial proceedings and a Report and Recommendation ("Report"). On June 30, 2015, the Magistrate Judge issued a Report recommending that the complaint be dismissed without prejudice and without issuance and service of process. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. Plaintiff filed no objections and on July 20, 2015, the court adopted the Report and dismissed this matter without prejudice and without issuance and service of process. ECF No. 18.

On July 22, 2015, the court received Plaintiff's motion for extension of time to file objections to the Report. Out of an abundance of caution, the court vacated the order and judgment, granted Plaintiff's motion for extension, and set the time for filing objections to August 17, 2015. ECF No. 23. Plaintiff was specifically advised that no further extensions of time would be granted. *Id*.

The court has not received objections from Plaintiff. Therefore, the court adopts the Report

1

of the Magistrate Judge and dismisses this matter without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

                                                s/ Cameron McGowan Currie
                                                CAMERON McGOWAN CURRIE
                                                SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 24, 2015